59 F.3d 163
 KING INSTRUMENTS CORPORATION, Plaintiff-Appellant,
v.
Luciano PEREGO and Tapematic, Defendant/Cross-Appellants.
 Nos. 91-1125, 91-1132.
 United States Court of Appeals,
Federal Circuit.
 July 10, 1995.
 
 David J. Brezner, Richard F. Trecartin and Richard P. Doyle, Jr., Flehr, Hohbach, Test, Albritton & Herbert, San Francisco, CA, were on the brief for plaintiff-appellant. Also on the brief was Nicholas A. Pandiscio, Schiller, Pandiscio & Kusmer, of Cambridge, MA, of counsel.
 Edgar H. Haug, Adam L. Brookman and Mary Ann G. Mullen, Curtis, Morris & Safford, P.C., New York City, were on the brief for defendant/cross-appellants.
 Before ARCHER, Chief Judge, RICH, NIES, NEWMAN, MAYER, MICHEL, PLAGER, LOURIE, CLEVENGER, RADER, SCHALL, and BRYSON, Circuit Judges.
 ORDER
 PER CURIAM.
 
 
 1
 The appeals, having originally been submitted to a panel of the court and, thereafter, it having been ordered that the appeals should be decided en banc,
 
 
 2
 IT IS ORDERED that the appeals shall be decided by the panel to which they were originally submitted.